

# U.S. District Court

## California Northern - Oakland

Receipt Date: Feb 5, 2025 3:45PM

Aninda Mukherjee
37611 Shelter Rd
Newark, CA 94560

Rcpt. No: 411018394          Trans. Date: Feb 5, 2025 3:45PM          Cashier ID: #KM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 25-cv-01251-SK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.